FILED & ENTERED

SEP 01 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

JONATHAN BRUCE PARKS,

Debtor.

Case No.: 6:22-bk-11506-WJ

CHAPTER 13

**ORDER DENYING MOTION TO DISMISS**

Hearing:
Date:    September 7, 2022
Time:   2:00 p.m.
Ctrm.:  304

On August 4, 2022, the chapter 13 trustee filed a motion to dismiss this case due to a failure of the debtor to make plan payments under the terms of the confirmed plan [docket #35] ("Motion").  On August 18, 2022, the debtor filed opposition to the motion [docket #36].  Having reviewed the case, the Motion and the opposition to the Motion, the Court hereby finds that no oral argument regarding the Motion is necessary and, pursuant to Rule 9013-1(j)(3) of the Local Bankruptcy Rules, the Court hereby takes off calendar the hearing and waives appearances.  No hearing shall occur.

The motion is denied due to an improperly completed proof of service.  Paragraph 1 of the proof of service of the Motion was not completed correctly.  Paragraph 1 of the proof of service states that the party completing the proof of service "checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mailing Notice List to receive NEF transmission at the e-mail addresses stated below:".  Unfortunately, it does not appear that this step occurred in this case because the moving party only listed "notices@dlbklaw.com" in the proof of service and nothing else.  The moving party did not list the names or titles of any persons or any other e-mail addresses in paragraph 1.

Rule 9013-3(d)(2)(A) of the Local Bankruptcy Rules addresses this issue.  As set forth in that rule, a moving party should state in paragraph 1 of the proof of service all names, titles and e-mail addresses listed on the Electronic Mail Notice List.  That list can be found by taking the following steps in CM/ECF: (1) select "Utilities", (2) select "Mailings", (3) select "Mailing Info for a Case", (4) input the correct case number and then (5) copy all information in the first paragraph of CM/ECF into paragraph 1 of the proof of service.  The moving party should then add the required titles as described in L.B.R. 9013-3(d)(2)(A).

Had these steps been taken in this case, the following information would have appeared in the proof of service:

Chapter 7 Trustee:    Rod Danielson (TR)   notice-efile@rodan13.com

Christina J Khil         christinao@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com

Counsel for the Debtor: David Lozano        notices@dlbklaw.com,
mylozanoecfmail@gmail.com; R44560@notify.bestcase.com

United States Trustee (RS)      ustpregion16.rs.ecf@usdoj.gov


The moving party should follow this procedure for all proofs of service filed with the Court. Attention to the rules and these details going forward would be appreciated.

The moving party may re-file the Motion (if otherwise appropriate) with a proof of service filled out correctly.

IT IS SO ORDERED.

###

Date: September 1, 2022

Wayne Johnson
United States Bankruptcy Judge